IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GREGORY CATHEY, | ) | |
| | ) | |
| Petitioner, | ) | Civil No. 3:09-0429 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

The Respondent's Motion For Reconsideration of Order Directing Government to Respond to Petitioner's 2255 Claims (Docket No. 18) is **GRANTED**. It is hereby **ORDERED** that the petitioner's claims under 28 U.S.C. § 2255 are **STAYED** pending further order of the court. The petitioner should note that the respondent's motion (Docket No. 18) contains information that will be helpful to his pursuing an administrative remedy.

It is so **ORDERED.**

ENTER this 5th day of October 2009.

_____
ALETA A. TRAUGER
U.S. District Judge